E. MARTIN ESTRADA (State Bar No. 223802)
martin.estrada@mto.com
JESSICA REICH BARIL (State Bar No. 302135)
jessica.baril@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendant BRIAN WUEBBELS

Charles M. Louderback, (State Bar No. 88788)
Stacey L. Pratt, (State Bar No. 124892)
LOUDERBACK LAW GROUP
44 Montgomery Street, Suite 2970
San Francisco, CA 94104
Telephone (415) 615-0200
Facsimile: (415) 795-4775

Attorneys for Plaintiff  PAUL J. GAYNOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL J. GAYNOR, | Case No. 3:16-cv-06305 WHO |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DAMAGES (L.R. 6-1)** |
| vs. | |
| AHMAD CHATILA, an individual and BRIAN WUEBBELS, an individual, | ACTION FILED: November 1, 2016 |
| Defendants. | |

Pursuant to Civil Local Rule 6-1, Plaintiff Paul J. Gaynor ("Plaintiff") and Defendant Brian Wuebbels ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, on November 1, 2016, Plaintiff filed the Complaint in the above-captioned action;

2. WHEREAS, on December 9, 2016, Plaintiff filed a Proof of Service Summons as to Defendant;

3. WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's deadline to answer or otherwise respond to the Complaint is December 23, 2016;

4. WHEREAS, the Parties have agreed, pursuant to Civil Local Rule 6-1(a), that Defendant's deadline to answer or otherwise respond to the Complaint, including by filing a motion pursuant to Federal Rule of Civil Procedure 12(b), will be extended to and including January 27, 2017;

5. WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order;

6. WHEREAS, the Parties have further agreed that this Stipulation does not waive any right of the Parties, including but not limited to the right to agree to or to request further extensions, nor shall it serve as any consent by any party to the jurisdiction of this Court;

ACCORDINGLY, it is hereby stipulated by the Parties that Defendant shall have until, and including, January 27, 2017 to answer or otherwise respond to the Complaint.

IT IS SO STIPULATED.

DATED:  December 19, 2016         MUNGER, TOLLES & OLSON LLP
                                  E. MARTIN ESTRADA


                                  By:  */s/ E. Martin Estrada*
                                       E. MARTIN ESTRADA

                                  Attorney for Defendant BRIAN WUEBBELS

-2-                               Case No. 3:16-cv-06305-WHO
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DAMAGES**

1 | DATED:  December 19, 2016        LOUDERBACK LAW GROUP
                                     CHARLES M. LOUDERBACK

By:   */s/ Charles M. Louderback*
      CHARLES M. LOUDERBACK

Attorney for Plaintiff PAUL J. GAYNOR

## ECF ATTESTATION

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.