GIBSON, DUNN & CRUTCHER LLP
JOEL M. COHEN, *admitted pro hac vice*
  jcohen@gibsondunn.com
GABRIELLE LEVIN, *admitted pro hac vice*
  glevin@gibsondunn.com
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone:  212.351.3901
Facsimile:   212.351.5301

SARAH ZENEWICZ, SBN 258068
  szenewicz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:  415.393.8200
Facsimile:   415.393.8306

Attorneys for Defendant AHMAD CHATILA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL J. GAYNOR,<br><br>             Plaintiff,<br><br>        v.<br><br>AHMAD CHATILA, an individual and BRIAN WUEBBELS, an individual,<br><br>             Defendants. | CASE NO. 3:16-cv-06305-WHO<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Action Filed: November 1, 2016 |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Civil Local Rules 7-12 and 16-2, the undersigned counsel of record for Plaintiff Paul J. Gaynor and Defendants Ahmad Chatila and Brian Wuebbels jointly file stipulate and agree as follows:

WHEREAS, on November 16, 2016, the Court issued the Case Management Conference Order, which set the Initial Case Management Conference in this matter for February 21, 2017 (ECF No. 15);

WHEREAS, a scheduling conflict has arisen for Defendant Wuebbels' counsel on February 21, 2017;

WHEREAS, hearing on Defendant Chatila's Motion to Dismiss Complaint for Damages (ECF No. 29), Defendant Chatila's Anti-SLAPP Motion to Strike Plaintiff's Defamation Claim (ECF No. 30) and Defendant Wuebbels' Motion to Dismiss Complaint for Damages (ECF No. 39) is set for April 5, 2017, at 2:00 p.m.;

WHEREAS, the parties have conferred and agree that consolidating the Initial Case Management Conference with hearing on the pending motions would be in the interest of judicial efficiency; and,

WHEREAS, this is the first request to reschedule the Initial Case Management Conference;

THEREFORE, IT IS STIPULATED AND AGREED THAT the parties jointly request that the Court continue the February 21, 2017 Initial Case Management Conference to April 5, 2017, or a date thereafter convenient to the Court.

Dated:  February 1, 2017                    LOUDERBACK LAW GROUP


                                            By:  */s/ Stacey L. Pratt*
                                                     Charles M. Louderback
                                                     Stacey L. Pratt

                                            Attorneys for Plaintiff PAUL J. GAYNOR

| | | |
|---|---|---|
| Dated: February 1, 2017 | | GIBSON, DUNN & CRUTCHER LLP |

By: /s/ Sarah Zenewicz
Joel M. Cohen
Gabrielle Levin
Sarah Zenewicz

Attorneys for Defendant AHMAD CHATILA

Dated: February 1, 2017                      MUNGER, TOLLES & OLSON LLP

By: /s/ Jessica Reich Baril
E. Martin Estrada
Jessica Reich Baril

Attorneys for Defendant BRIAN WUEBBELS

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. The Initial Case Management Conference is continued to  April 5  , 2017, at  2:00 p.m.  .

Dated:  February 3 , 2017

The Honorable William H. Orrick
United States District Judge