| | |
|---|---|
| 1 | Charles M. Louderback, SBN 88788 |
| 2 | Stacey L. Pratt, SBN 124892<br>LOUDERBACK LAW GROUP |
| 3 | 44 Montgomery Street, Suite 2970<br>San Francisco, CA 94104 |
| 4 | Telephone (415) 615-0200<br>Facsimile: (415) 795-4775 |
| 5 | E-Mail:  clouderback@louderbackgroup.com<br>             spratt@louderbackgroup.com |
| 6 | Attorneys for Plaintiff<br>PAUL J. GAYNOR |

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL J. GAYNOR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AHMAD CHATILA, an individual and<br>BRIAN WUEBBELS, an individual,<br><br>　　　　　　Defendants. | Case No. 3: 16-cv-06305-WHO<br><br>**STIPULATION AND ORDER (1) PERMITTING PLAINTIFF TO FILE A SECOND OPPOSITION TO DEFENDANT BRIAN WUEBBELS' MOTION TO DISMISS COMPLAINT FOR DAMAGES AND (2) CONTINUING THE DATE FOR THE HEARING FOR DEFENDANTS' MOTIONS TO DISMISS, DEFENDANT CHATILA'S MOTION TO STRIKE, AND INITIAL CASE MANAGEMENT CONFERENCE IN LIGHT OF THE ADDITIONAL BRIEFING** |

STIPULATION AND ORDER
CASE NO. 3: 16-cv-06305-WHO

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Civil Local Rules 7-12 and 16-2, Plaintiff Paul J. Gaynor and Defendants Ahmad Chatila and Brian Wuebbels (collectively, the "Parties"), by and through their respective counsel of record, jointly stipulate and agree as follows:

**WHEREAS**, on January 27, 2017, Defendant Wuebbels filed a Motion to Dismiss Complaint for Damages (Dkt. No. 39) and Joinder to Defendant Chatila's Motion to Dismiss (Dkt. No. 40).

**WHEREAS**, on February 9, 2017, Plaintiff filed his Opposition to Defendant Wuebbels' Motion to Dismiss (Dkt. No. 46), but counsel for Plaintiff inadvertently did not substantively respond to Defendant Wuebbels' Motion to Dismiss Complaint for Damages, as counsel for Plaintiff mistakenly missed Defendant Wuebbels' Motion to Dismiss Complaint for Damages (Dkt. No. 39) that was filed on the same day as Defendant Wuebbels' Joinder to Defendant Chatila's Motion to Dismiss (Dkt. No. 40).

**WHEREAS**, on February 17, 2017, Defendant Wuebbels filed his Reply in Support of Motion to Dismiss Complaint for Damages (Dkt. No. 47).

**WHEREAS**, on February 21, 2017, counsel for Plaintiff Gaynor, after reviewing Defendant Wuebbels' Reply in Support of Motion to Dismiss Complaint for Damages (Dkt. No. 47), discovered that Defendant Wuebbels had filed a Motion to Dismiss Complaint for Damages (Dkt. No. 39), which Plaintiff Gaynor had not substantively opposed.

**WHEREAS**, on February 21, 2017, counsel for Plaintiff informed counsel for Defendant Wuebbels of counsel for Plaintiff's mistake, and counsel for Plaintiff stated they were prepared to file a motion for relief due to mistake, inadvertence, and excusable neglect under Federal Rule of Civil Procedure 60(b)(1).

**WHEREAS**, counsel for Plaintiff asked counsel for Defendant Wuebbels to agree to a stipulation allowing Plaintiff to file a second Opposition to Defendant Wuebbels' Motion to Dismiss and to modify the briefing schedule accordingly so that counsel for Plaintiff would not need to file a motion for relief due to mistake, inadvertence, and excusable neglect under Federal Rule of Civil Procedure 60(b)(1).

**WHEREAS**, counsel for Defendant Wuebbels, in light of Plaintiff's representation, agreed to stipulate to a new briefing schedule that would permit Plaintiff Gaynor to file a second opposition to Defendant Wuebbels' Motion to Dismiss Complaint for Damages (Dkt. No. 39) on or before Friday, March 31, 2017, and permit Defendant Wuebbels to file a reply brief thereto on or before Friday, April 14, 2017.

**WHEREAS**, hearing on (1) Defendant Wuebbels' motions to dismiss (Dkt. 39); (2) Defendant Chatila's motion to dismiss (Dkt. 29); (3) Defendant Chatila's motion to strike (Dkt. 30); and (4) the Initial Case Management Conference is currently set for April 5, 2017.

**WHEREAS**, in light of this additional briefing and proposed briefing schedule, the Parties have conferred and agree to continue the hearing date for (1) Defendant Wuebbels' motions to dismiss (Dkt. 39); (2) Defendant Chatila's motion to dismiss (Dkt. 29); (3) Defendant Chatila's motion to strike (Dkt. 30); and (4) the Initial Case Management Conference to May 31, 2017, or as soon thereafter as is convenient for the Court.

**WHEREAS**, the Parties have conferred and agree that continuing the hearing date will accommodate the new briefing schedule by permitting the Court adequate time to review the briefs related to Defendant Wuebbels' Motion to Dismiss before the hearing, and it remains in the interest of judicial efficiency to keep the hearing on the pending motions and Initial Case Management Conference consolidated on the same date:

**THEREFORE, IT IS STIPULATED AND AGREED THAT:**

1) The parties jointly request that the Court modify the briefing schedule for Defendant Wuebbels' Motion to Dismiss Complaint for Damages (Dkt. No. 39) such that Plaintiff may file a second opposition to Defendant Wuebbels' Motion to Dismiss Complaint for Damages (Dkt. No. 39) on or before Friday, March 31, 2017, and Defendant Wuebbels may file a reply brief thereto on or before Friday, April 14, 2017; and

2) The parties jointly request that the Court continue the hearing dates for Defendant Chatila's and Defendant Wuebbels' motions to dismiss, Defendant Chatila's motion

2

STIPULATION AND ORDER
CASE NO. 3: 16-cv-06305-WHO

to strike, and the date of the Initial Case Management Conference to May 31, 2017, or as soon thereafter as is convenient for the Court.

Respectfully submitted,

DATED: February 28, 2017          LOUDERBACK LAW GROUP

By: ___*/s/ Charles M. Louderback*___
Charles M. Louderback
Stacey L. Pratt
Attorneys for Plaintiff PAUL GAYNOR

DATED: February 28, 2017          MUNGER, TOLLES & OLSON LLP

By: ___*/s/ E. Martin Estrada*___
E. Martin Estrada
Jessica Reich Baril
Attorneys for Defendant BRIAN WUEBBELS

DATED: February 28, 2017          GIBSON, DUNN & CRUTCHER LLP

By: ___*/s/ Sarah Zenewicz*___
Joel M. Cohen
Gabrielle Levin
Sarah Zenewicz
Attorneys for Defendant AHMAD CHATILA

### CONSENT TO ELECTRONIC FILING

I have concurrence in the filing of this document which has been obtained from E. Martin Estrada and Sarah Zenewicz, which shall serve in lieu of their signatures on this document.

DATED: February 28, 2017          LOUDERBACK LAW GROUP

By: ___*/s/ Charles M. Louderback*___
Charles M. Louderback
Attorneys for Plaintiff PAUL GAYNOR

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that

1) The briefing schedule for Defendant Wuebbels' Motion to Dismiss Complaint for Damages (Dkt. No. 39) is modified such that Plaintiff Gaynor may file a second opposition to Defendant Wuebbels' Motion to Dismiss Complaint for Damages (Dkt. No. 39) on or before Friday, March 31, 2017, and Defendant Wuebbels may file his reply brief thereto on or before Friday, April 14, 2017; and

2) The hearing date for Defendant Chatila's and Defendant Wuebbels' motions to dismiss, Defendant Chatila's motion to strike, and the date for the Initial Case Management Conference is continued to May 31, 2017 at 2:00 p.m.

DATE: March 2, 2017    By: _____
                           The Honorable William H. Orrick
                           United States District Judge