GIBSON, DUNN & CRUTCHER LLP
JOEL M. COHEN, *admitted pro hac vice*
  jcohen@gibsondunn.com
GABRIELLE LEVIN, *admitted pro hac vice*
  glevin@gibsondunn.com
200 Park Avenue, 48th Floor
New York, New York 10166
Telephone: 212.351.3901
Facsimile: 212.351.5301

SARAH ZENEWICZ, SBN 258068
  szenewicz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant AHMAD CHATILA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL J. GAYNOR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AHMAD CHATILA, an individual and BRIAN WUEBBELS, an individual,<br><br>　　　　　Defendants. | CASE NO. 3:16-cv-06305-WHO<br><br>**STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON PENDING MOTIONS UNTIL RESOLUTION OF MDL TRANSFER ORDER AND ORDER**<br><br>Action Filed: November 1, 2016 |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Civil Local Rules 7-12 and 16-2, the undersigned counsel of record for Plaintiff Paul J. Gaynor and Defendants Ahmad Chatila and Brian Wuebbels jointly stipulate and agree as follows:

WHEREAS, the Court originally set an Initial Case Management Conference for February 21, 2017 (ECF No. 15);

WHEREAS, due to a scheduling conflict, the Court continued the Initial Case Management Conference to April 5, 2017 (ECF No. 43), concurrent with hearing on Defendant Chatila's Motion to Dismiss Complaint for Damages (ECF No. 29), Defendant Chatila's Anti-SLAPP Motion to Strike Plaintiff's Defamation Claim (ECF No. 30) and Defendant Wuebbels' Motion to Dismiss Complaint for Damages (ECF No. 39) (collectively, the "Pending Motions");

WHEREAS, the Court then continued the Initial Case Management Conference and hearing on the Pending Motions to May 31, 2017, in order to provide the Plaintiff with an additional opportunity to respond to Defendant Wuebbels' Motion to Dismiss after Plaintiff inadvertently did not substantively respond to that motion (ECF No. 49);

WHEREAS, on May 9, 2017, the United States Judicial Panel on Multidistrict Litigation issued a Conditional Transfer Order in connection with *In re: SunEdison, Inc., Securities Litigation*, MDL No. 2742, conditionally ordering the transfer of the jurisdiction of this action to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 on the grounds that this action "involve[s] questions of fact that are common to the" twenty-five actions "previously transferred to the Southern District of New York" (MDL No. 2742 ECF No. 2);

WHEREAS, on May 16, 2017, Plaintiff filed a Notice of Opposition to the Conditional Transfer Order with the Clerk of the MDL Panel (MDL No. 2742 ECF No. 191);

WHEREAS, Plaintiff has until May 30, 2017 to file a Motion to Vacate the Conditional Transfer Order ("Motion to Vacate") and any responses to the motion to vacate are due on or before June 19, 2017 (MDL No. 2742 ECF No. 192);

Gibson, Dunn & Crutcher LLP

1
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON PENDING MOTIONS – CASE NO. 3:16-CV-06305-WHO

WHEREAS, the MDL's first hearing date following the scheduled completion of briefing on Plaintiff's Motion to Vacate is July 27, 2017 (*see* Hearing Information, http://www.jpml.uscourts.gov/hearing-information (last visited May 15, 2017));

WHEREAS, the Conditional Transfer Order will not be resolved before the May 31, 2017 hearing on the Pending Motions and Initial Case Management Conference; and,

WHEREAS, because this Court may lose jurisdiction over this action if Plaintiff's Motion to Vacate is denied, the parties have conferred and agree that, in the interest of judicial efficiency and economy, the hearing on the Pending Motions and the Initial Case Management Conference currently set for May 31, 2017, should be continued so that the Conditional Transfer Order may be resolved before hearing on the Pending Motions and the Initial Case Management Conference.

THEREFORE, IT IS STIPULATED AND AGREED THAT the parties jointly request that the Court continue the May 31, 2017 hearing on the Pending Motions and Initial Case Management Conference until September 6, 2017, or a date thereafter convenient to the Court.

Dated: May 16, 2017         LOUDERBACK LAW GROUP


By: /s/ *Stacey L. Pratt*
　　　　　　Charles M. Louderback
　　　　　　Stacey L. Pratt

Attorneys for Plaintiff PAUL J. GAYNOR


Dated: May 16, 2017         GIBSON, DUNN & CRUTCHER LLP


By: /s/ *Sarah Zenewicz*
　　　　　　Joel M. Cohen
　　　　　　Gabrielle Levin
　　　　　　Sarah Zenewicz

Attorneys for Defendant AHMAD CHATILA

Gibson, Dunn & Crutcher LLP

2
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON PENDING MOTIONS – CASE NO. 3:16-CV-06305-WHO

| | | |
|---|---|---|
| 1 | Dated: May 16, 2017 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By: */s/ Jessica Reich Baril* |
| 4 | | E. Martin Estrada<br>Jessica Reich Baril |
| 5 | | Attorneys for Defendant BRIAN WUEBBELS |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. The Initial Case Management Conference and hearing on the Pending Motions are continued to  Sept. 6 , 2017, at  2:00 p.m. .

Dated: May 17 , 2017

_____
The Honorable William H. Orrick
United States District Judge